## Stout, et al. v. Stout, Executor, et al.

(Decided November 23, 1923.)

## Appeal from Daviess Circuit Court.

Trusts—Attorneys Adverse to Trustee Held Not Entitled to Allowance of Fees from the Fund.—Attorneys were not entitled to an allowance of fees to be paid out of the funds in the hands of a trustee, where the services were not rendered for her or on her behalf or at her instance; her interests being represented by another attorney, especially where the trustee has distributed all of the estate in accordance with a judgment and has no funds in her hands belonging to any of the moving parties.

CLEMENTS & CLEMENTS, BEN D. RINGO and RICHARD H. SLACK for appellants.

SANDIDGE & SANDIDGE for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE SAMPSON—Affirming.

This appeal is from that part of the judgment entered in the Daviess circuit court in the above styled cause, overruling the motion of attorneys Clements & Clements, Richard H. Slack and Ben D. Ringo, for allowance of $1,000.00 as attorney fees to be paid out of the funds in the hands of Mrs. Nancy Stout, trustee, belonging to the estate of George W. Stout, deceased. The services rendered by counsel named were no doubt valuable but they were against the interests of the trustee, Nancy Stout, and were not rendered for or on her behalf or at her instance. Her interests were represented by another attorney. Moreover, Mrs. Stout, as trustee, has distributed all of the estate in accordance with the judgment directed to be entered by this court and has no funds in her hands now belonging to any of the parties, supporting the motion. If she should now be required to pay a fee of $1,000.00 out of the funds in her hands as trustee she would be deprived of the use of said sum and of the income to be derived therefrom.

On the authority of Shields, et al. v. Shields, et al., 190 Ky. 109, and the same case reported in 192 Ky. 555, the judgment of the lower court is affirmed.

Judgment affirmed.